ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-226 DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSE ALEXANDER RODRIGUEZ MURCIA, | DATE: April 23, 2026 |
| Defendant. | TIME: 9:00 a.m. |
| | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on April 23, 2026.

2.      By this stipulation, defendant now moves to continue the status conference until June 25, 2026, and to exclude time between April 23, 2026, and June 25, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes more than 55,000 pages of discovery.  Included in this discovery are several files containing cell phone extractions, returns from searches of digital accounts, and complex financial materials.  Much of the discovery has been produced pursuant to a protective order.  All of this discovery has been either produced directly to counsel and/or made available for

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

inspection and copying.

b)   Since the last status conference in the case, the government has produced additional discovery to defense counsel and has extended a plea offer to this defendant.

c)   Counsel for defendant desires additional time to consult with her client, review the voluminous discovert, investigate the charges, assess the viability of any challenges or defense, coordinate with a defense investigator, and otherwise prepare the case.

d)   Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)   The government does not object to the continuance.

f)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 23, 2026 to June 25, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

Dated:  April 16, 2026

ERIC GRANT
United States Attorney


/s/ JESSICA DELANEY
JESSICA DELANEY
Assistant United States Attorney


Dated:  April 16, 2026

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant (e-
signature authorized by email)
JOSE ALEXANDER
RODRIGUEZ MURCIA


**ORDER**

IT IS SO FOUND AND ORDERED.


Dated:  April 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE